UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| MICKEY CAMPBELL, obo D.C.<br>Plaintiff | CIVIL ACTION NO. 07-1690 |
| VERSUS | JUDGE DOHERTY |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY<br>Defendant | MAGISTRATE JUDGE HILL |

## **ORDER**

Plaintiff's Motion for attorney's fees to be paid by the defendant pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) was assigned to the April 15, 2009 motion docket and considering the statement of non opposition filed in the record on behalf of the Commissioner of Social Security Administration (Doc No. 26), and the plaintiff's Motion, Memorandum, Itemized Statement of Attorney's Fees and the Assignment of the plaintiff to plaintiff's attorney, the Court does find in favor of plaintiff and orders as follows:

IT IS ORDERED that the defendant, Michael J. Astrue, the Commissioner of Social Security Administration is ordered to pay plaintiff's attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), in the amount of $3,343.75 directly to plaintiff's attorney, J. P. Morella, Attorney at Law, Post Office Box 1198, Patterson, Louisiana 70392.

THUS DONE AND SIGNED at Lafayette, Lafayette Parish, Louisiana on this 6 day of May, 2009.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE